NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK PALACIOS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Respondent-Appellee.*

---

2012-5028    .

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-259, Senior Judge Robert H. Hodges, Jr.

---

**ON MOTION**

---

**O R D E R**

Frank Palacios moves, out of time, for a 14-day extension of time, until February 6, 2012, to file his opposition to the United States' motion for summary affirmance. The United States does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

FEB 0 7 2012
———————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael D.J. Eisenberg, Esq.
Daniel B. Volk, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 0 7 2012

**- JAN HORBALY**
**CLERK**